GEORGE BLISS et al., as Executors, etc., Respondents, *v.* CHARLES B. FOSDICK, Individually, etc., AMADEE SPADONE, Petitioner, etc., Appellant.

·(Argued June 19, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 18, 1894, which affirmed an order of Special Term denying a motion by Amadee Spadone to be made a party defendant in this action.

*William H. Arnoux* for appellants.

*J. Hampden Dougherty* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.